# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHEN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **ALLEN ISOM,** | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *   Civil Action No:  2:15 cv-02170-AKK |
| | * |
| **THE WATER WORKS BOARD** | * |
| **OF THE CITY OF** | * |
| **BIRMINGHAM,** | * |
| | * |
| | * |
| | * |
| The Water Works Board. | * |

**EVIDENTIARY MATERIALS IN SUPPORT OF THE WATER WORKS BOARD OF THE CITY OF BIRMINGHAM'S BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

## TABLE OF CONTENTS

EXHIBIT 1 – Water Works Board Excerpts from Plaintiff's Personnel File

EXHIBIT 2 – Water Works Board Affidavit of Reginald Nall

EXHIBIT 3 – Water Works Board Job Description for District Supervisor

EXHIBIT 4 – Water Works Board Employee Handbook sections 6.16 "Driving Safety" and 6.6 "Fraud Policy"

EXHIBIT 5 – Water Works Board Affidavit of Keith Witt

   Attachment A – Emails from Keith Witt to District Supervisors
   Attachment B -  Employee Punches By Day Report
   Attachment C – NavMan Vehicle Activity Reports

Attachment D-1 – Employee Punches By Day Report – Allen Isom
Attachment D-2 – Employee Punches By Day Report – Jerry "Lee" Lowe
Attachment D-3 – Employee Punches By Day Report – Larry Calhoun

EXHIBIT 6 – Water Works Board Internal Audit Department Summary of Analysis of District Supervisor Allen Isom

EXHIBIT 7 – Plaintiff's Acknowledgement of Receipt of Human Resources Management Guide

EXHIBIT 8 – Water Works Board Internal Audit Department summary of Analysis on District Supervisors

EXHIBIT 9 -  Plaintiff's Response to Interrogatories